# United States Bankruptcy Court

**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:  Nicholas S Donato | ) | Chapter 13 |
| Imelda Cortes | ) | Case No. 19 B 18118 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Nicholas S Donato
Imelda Cortes
9610 McLean Ave
Melrose Park, IL 60164

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On November 05, 2019 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, October 22, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On June 26, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on September 24, 2019, for a term of 36 months with payments of $200.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 4 | $600.00 | $200.00 | $400.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/21/2019
Due Each Month: $200.00
Next Pymt Due: 10/26/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 07/08/2019 | 889201 | $200.00 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE