UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19 B 18118 |
|---|---|---|
| Nicholas S Donato | ) | |
| Imelda Cortes | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

**Order Dismissing Case for Failure to Make Plan Payments**

The Court having heard the facts finds that the debtor is in material default.

ORDERED: The case is dismissed for material default pursuant to 11 U.S.C. Section 1307 [c][6].

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:    1 2 NOV 2019

**Prepared by counsel of Movant:**
Office of the Chapter 13 Trustee
Marilyn O. Marshall
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300

Rev: 20120209_bko